# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN C. CARLSON,<br><br>Defendant. | PO 21-05100-GF-JTJ<br><br>VIOLATION:<br>9408340<br>Location Code: M23F<br><br>ORDER |

Upon unopposed request of the United States, and for good cause shown, IT IS ORDERED that the defendant may appear telephonically at his initial appearance scheduled for June 24, 2021 at 9:00 a.m. (Mountain Time). Government counsel will provide the defendant's valid cell phone number to the Clerk of Court.

DATED this 17th day of June, 2021.

_____
John Johnston
United States Magistrate Judge